UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

DIANE M. ZIMMERMAN,

                CASE No. 14-50147-KKS

                CHAPTER 11

Debtor.
_____/

## UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE AND MEMORANDUM OF LAW

COMES NOW GUY G. GEBHARDT, acting United States Trustee for Region 21, and moves the Court for the dismissal or conversion of the above chapter 11 case pursuant to 11 U.S.C. §1112(b), and in support thereof states:

### RELEVANT FACTS

1.    On May 2, 2015, the Debtor filed a voluntary chapter 11 petition in Florida. (Docket No. 1).

2.    Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee's duties include supervising the administration of chapter 11 cases. In order to fulfill this mandate, the United States Trustee requires debtors to submit reports and other information.

3.    The Debtor has not filed her operating reports for January, February, March, and April of 2015 and has not filed post confirmation reports, at least quarterly, thereafter.

4.    The Debtor has delinquent fees due the United States Trustee for the third quarter of 2015 in the estimated amount of $650.00.

ARGUMENT & MEMORANDUM OF LAW

5.11 U.S.C. §1112(b)(1) provides that:

... on request of a party in interest, and after notice and a hearing, absent unusual circumstances.....the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

6.11 U.S.C. §1112(b)(4) provides in part that:

For purposes of this subsection, the term 'cause' includes:

(F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;

(K)  failure to pay any fees or charges required under chapter 123 of title 28.

7.The Debtor's failure to file her monthly operating reports constitutes cause for dismissal or conversion under §1112(b)(4)(F).

8.The Debtor's failure to pay the quarterly fees for the third quarter of 2015 constitutes cause for dismissal or conversion under §1112(b)(4)(K).

WHEREFORE, the United States Trustee moves for the dismissal or conversion of this chapter 11 case.

Respectfully submitted, this the 25th day of November, 2015.

> Guy G. Gebhardt
> Acting United States Trustee
> Region 21
>
> /s/ JASON H. EGAN
> Jason H. Egan
> Trial Attorney
> Office of the United States Trustee
> 110 East Park Avenue, Suite 128
> Tallahassee, FL 32301
> 850-942-1660
> FAX: 850-942-1669
> Florida Bar Number 0568351
> Email: jason.h.egan@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this motion was furnished either electronically or by first class U.S. Mail postage prepaid to Robert C. Bruner, Esq., 2810 Remington Green Circle, Tallahassee, FL 32308, on this the 25th day of November, 2015.

      /s/ JASON H. EGAN
      Jason H. Egan